# Exhibit A to Complaint





September 22, 2009 01:53 PM Eastern Daylight Time

## Corporate Synergies Group, Inc. Names Industry Veteran Thomas Mangan CEO

MT. LAUREL, N.J.--(BUSINESS WIRE)--Corporate Synergies Group, Inc. (Corporate Synergies) has named Thomas Mangan CEO of the full-service benefits broker and consultant.

Scott Birnbaum, Chairman of the Board of Corporate Synergies Group, said "Thom is a superb choice for Corporate Synergies' new CEO. He has 18 years of experience in employee benefits sales, services, and operations. Thom has led one of the nation's most respected middle market brokers. I'm confident he'll provide strong leadership in helping us to deliver innovative products and services as well as the best possible plan designs and rates in the healthcare benefits market."

Prior to joining Corporate Synergies, Mangan served as President of the Employee Benefits Division of HUB International Limited. Mangan currently serves on the board of The Council of Employee Benefit Executives and is Chairman of the organization's Industry Affairs Committee. Additionally, he serves on The National Consultant Advisory boards with CIGNA, Aetna, and UnitedHealthcare. Mangan is a recognized leader in the industry being voted as one of the top 10 most influential people in the industry by the Employee Benefit News.

Mangan earned a bachelor's degree in business administration from Westminster College and currently serves on the school's Board of Trustees. He earned an MBA from Troy State University and is a graduate of the University of Pennsylvania's Wharton School of Business' Insurance Executive Leadership Program. His other post graduate programs include a Certified Managed Care Executive Designation (CMCE) from Northwestern University.

### About Corporate Synergies

Corporate Synergies is a full-service benefits broker and consultant. Recognized as a thought leader in the healthcare industry, Corporate Synergies continually raises the bar on industry standards by providing progressive thinking, delivering effective client solutions, and providing the best possible client-specific solutions.

Contacts

Corporate Synergies Group, Inc.
Robert Prucnal, 1-856-996-2583
Senior Vice President, Marketing and Public Relations
rprucnal@corpsyn.com

Permalink: http://www.businesswire.com/news/home/20090922006372/en/Corporate-Synergies-Group-Names-Industry-Veteran-Thomas

